EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                              | 2004 TSPR 27    |
| Comisión de Acceso a la Justicia    | 160 DPR _____   |

Número del Caso: EN-2004-2

Fecha: 24 de febrero de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

|  |  | Sustitución del Presidente del |
|---|---|---|
|  | EN-2004-2 | Colegio de Abogados como Comisionado |

Comisión de Acceso a la Justicia

RESOLUCION

San Juan, Puerto Rico, a  24 de febrero de 2004

Se enmienda nuestra Resolución (EN-2003-02) de 25 de febrero de 2003  mediante la cual se creó la Comisión de Acceso a la Justicia y se designaron los comisionados, a los únicos  efectos de sustituir al Lcdo. Arturo Luis Dávila Toro, por el actual Presidente del Ilustre Colegio de Abogados de Puerto Rico, Lcdo. Carlos Mondríguez Torres.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo